# Exhibit 1



Complaint Exh. 1, p.001

# Exhibit 2



**Complaint Exh. 2, p.001**

"I am not under the influence and I consent to the filming.."

They're pulling out contracts. They don't give you time to read them. "Begin Modeling" is written at the top. Why? This isn't modeling at all! They give you a little script for your pre-interview. They tell you exactly what to say if you won't say what they want you to. It's all fake.

They are extremely smart. And extremely manipulative.

I don't remember filming. It's been awhile, so it only comes in flashes. Think of the most disgusting thing you've ever done. That feeling doesn't go away, does it?

I cry at one point. They switch angles so you can't see my face.

I start to bleed. They switch again, and then abandon the sex all together.

"Do you know what a facial is?" I didn't.

They throw this money at you, and you're free to go. You don't tell anyone what happened, not the police, not your friends, not your family, because what if everyone found out? You made that choice to go to California, didn't you? So you bury it and pretend it never happened, and as far as you know, you'll never hear about it again.

Months passed before I heard anything about the video. I remember getting ready to go to a concert one night. I got out of the shower and had over a 100 text messages and missed calls on my phone, and that's when I knew. Someone found out. I would have never consented to having a video of me on pornhub, ever. And yet there I was, exposed on front page, the most popular porn site on the internet. For three days my video stayed on the front page. In the process, I dropped out of school. I was in a small program, and reputation was everything. The stress of knowing people know, wondering who doesn't know, and hiding piled up and eventually everything fell apart. I dropped out and moved back home. Everyone from my high school knew. I was harassed 24/7 by old classmates, strangers on the internet, even a few customers from my job recognized me. That's when I would lose my first job because of GDP. Three more would follow. Each time I would attempt to reinvent myself - new hair, new city, it didn't matter. The video would always follow. Millions of people have watched it.

I was blackmailed into staying in an abusive relationship because my ex threatened to send the link to my family and siblings if I ever left him. And when I finally did find the strength to leave, he actually did it. He would wake my mom up at 3, 4, 5 AM with screenshots. He sent them to my 17 year old step brother. I found out my childhood best friend was sending the link out to people from school. I've gone on several dates just to be left when I told them the truth. It was a double standard - if they didn't care, it would bother me because they should care. And if they did care, they usually left because who would want to be with someone all of their friends had seen naked? I've lost so many people in my life in one way or another from the video.

My name was "outed" on the internet. They knew everything. Stalkers would post my full name, my phone number, my social media accounts - and even my address, driver's license number, make/model of my car, and license plate number. I was terrified someone would try and find me. I got messages almost daily from random creeps, and a lot of them were extremely persistent. My friends, family members, and boyfriend also get messages.

I never watched the video, only pieces and screenshots people have sent to me to torment me. I am disgusted with myself. I flinch whenever someone brings up porn, even if it's not about me. I get spooked easily because I'm so terrified of men now. I think everyone that looks at me weird recognizes me. I became obsessed with destroying my identity, taking off and starting over. Changing my name, my appearance, everything. Moving across the country - or to a whole new one altogether. I fear I'll spend my entire life running away if I don't. Some people have told me I'm one of the strongest people they know.

But I am exhausted. I am tired of having to be strong. I wouldn't wish my life

**AMAs are scheduled in Eastern Standard Time (GMT-5:00).**

|  |  | Person | Description |
|---|---|---|---|
| 20 Jan | 1pm | Justin Peters | Author, The Idealist: Aaron Swartz and the Rise of Free Culture on the Internet |
| 20 Jan | 3pm | Jessica M. Baker | Founder, Aligned Signs |
| 20 Jan | 3pm | Rob DenBleyker, Kris Wilson, and Dave McElfatrick | Creators, Cyanide & Happiness |
| 20 Jan | 4pm | Daymond John | TV Personality, Entrepreneur, Author |
| 20 Jan | 5pm | Hump the Bundle | Charity, Live from AVN Adult Entertainment Expo |
| 20 Jan | 6:30pm | Cloris Leachman and Ryan Jaffe | Comedienne, Actor and Writer, Producer |
| 21 Jan | 1pm | Nick Marinelli and Dominic Cerquetti | MAGFest |
| 21 Jan | 3pm | Michael Paul Smith | Photographer and Model-Maker |
| 21 Jan | 4pm | Hump the Bundle | Charity, Live from AVN Adult Entertainment Expo |
| 22 Jan | 2pm | Donnie Yen | Martial Artist, Actor, Director |
| 22 Jan | 4pm | Hump the Bundle | Charity, Live from AVN Adult Entertainment Expo |
| 22 Jan | 5pm | Cast, Crew, and Composer of Synchronicity | Director, Actors, Composer |
| 27 Jan | 2pm | Vice Media | Sports Team |
| 29 Jan | 11:30am | Angie Holan and Katie Sanders | Editor and writer, PolitiFact |

**see more...**

**Submitting:**

*AMAs should be about:*

- Something uncommon that plays a central role in your life, or
- A truly interesting and unique event.
- Explanation and examples of this rule can be found here

*All AMAs require proof.*

- Proof should be included in the text of the post when you start your AMA. If it must remain confidential, you can message it to the moderators and we can verify you.
- See here for tips concerning proof and examples

on my worst enemy. I am not posting this here for the "fans" of GDP and this forum, but for the girls. I know most of them will probably read this at some point. I'm tired of thinking that no one knows what I'm going through, and today I realized there are probably close to three hundred girls that do. Three hundred lives ruined. I start to wonder if they are all still alive, as morbid as that seems, I know I've thought of suicide too many times to count. GDP has destroyed me. I want to do everything in my power to make sure that this doesn't happen to anyone else. Even if I can just save one life, this exposure will all be worth it.

So, here's to the girls of GDP:

Are you out there? Are you well? Did you make it this far, too? Are you all just as strong as I've had to be? If you're scared, just know that you're not alone. I'm here.

I desperately want to know you all.

-276

**My Proof:** http://imgur.com/gdIDBcf http://imgur.com/6ksYBQF

* 12 comments    share

### All 12 Comments

sorted by: best

[-] **GDP_rapes_girls**  5 points 24 minutes ago*

(edit: this included her story before she added it above)

permalink

[-] AutoModerator  [M] 1 point 21 minutes ago

Users, please be wary of proof. You are welcome to ask for more proof if you find it insufficient.

OP, if you need any help, please message the mods here.

Thank you!

*I am a bot, and this action was performed automatically. Please* contact the moderators of this subreddit *if you have any questions or concerns.*

permalink

[-] **s3rp3nt6666**  1 point 19 minutes ago

I'm almost afraid to google you thinking I might end up on some child porn website.

Do you often get questioned about your age since you look so young? Not that it's a bad thing, but I'm just curious.

permalink

    [-] GDP276 [S] 1 point 15 minutes ago

    ALL the time. People usually assume I'm around 13-14 years old.

    I'm a waitress so the dialogue usually goes something like this:

    "Hey, my name is M**** and I'll be taking care of you-"

    "Are you old enough to take care of anyone?!" or "You know they have child labor laws, right?"

    permalink   parent

[-] **ignoreth**  0 points 18 minutes ago

Can you post your back story or whatever you had in the last ama? Sounds like you got screwed by gdp in more ways than one ^heh

permalink

    [-] GDP276 [S] 1 point 15 minutes ago

    Someone just reposted it here!

    permalink   parent

        [-] **ignoreth**  1 point 13 minutes ago

        Just saw it thanks! Reading it now

        permalink   parent

    [-] **Itsismylife2**  1 point 9 minutes ago

Request threads

* Requests must be reasonable and realistic. All requests must have 5 questions for the person being requested.
* **Requests for celebrities must contain their public contact info in the body of the request.**
* See here for information about requests

### Commenting:

Please note:

* All initial responses to posters must contain a properly punctuated question.
* **Attempting to bypass this rule by adding a ? to a non question will result in a permanent ban.**
* See more on our comment removals policy here

### Other:

Useful Links!

1. Step-by-step guide to doing an AMA
2. Our Traffic and Visitor Stats
3. Related subreddits
4. Follow us on Twitter!



discuss this ad on reddit

MESSAGE THE MODERATORS

MODERATORS

lKingJeremy
orangejulius
brownboy13
flyryan

**Complaint Exh. 2, p.003**

[–] **Itsismylife2** 1 point 9 minutes ago

Cool mabye you should copy that content and post again since it's missing.

permalink  parent

[–] **GDP_rapes_girls** 1 point 7 minutes ago*

I was worried it might get lost. Just edit this post to include it, I'll compress my comment. Too many posts is bad.

permalink  parent

[–] **simon_math** 0 points 9 minutes ago

Do you have other porn videos?

permalink

[–] **roastbeefskins** 0 points 4 minutes ago

Why do you think people has so malicious? People who run your industry and then strangers who do not know you, make it all worse.

permalink

[–] **BestFapStuff** -1 points 7 minutes ago

Do you have an imgur gallery of your nudes?

You know, as proof you actually do porn?

permalink

cahaseler
Seraph_Grymm
IAmAMods
iama_sidebar
Mikecom32
courtiebabe420

...and 14 more »

< >  discussions in /r/IAmA    X

1425 points · 2394 comments
Hey Reddit, it's Kris, Rob and Dave from Cyanide & Happiness! Let's talk about things!

**about**

blog
about
values
team
source code
advertise
jobs

**help**

site rules
FAQ
wiki
reddiquette
transparency
contact us

**apps & tools**

Alien Blue iOS app
mobile beta
buttons

<3
**reddit gold**
reddit store
redditgifts

Use of this site constitutes acceptance of our User Agreement and Privacy Policy (updated). © 2016 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.

css by /u/qtx                                                                                                           π

# Exhibit 3

# Forward

**Complaint Exh. 3, p.001**



POSTED ON JUNE 25, 2015JUNE 25, 2015 BY CASE

I'm sure that over the past 2 weeks, most of you have already heard about/saw some pretty terrible stuff involving me. Even though it's easier looking from the outside in and thinking the worst, the actual reality is much different from outside assumption. Writing this has not only been extremely painful, but also nearly impossible. However, I want to set the record straight so that everyone knows the truth and that I may begin healing and moving forward with my life.

The night before St. Patrick's Day, I didn't feel like doing homework anymore, so I started watching MTV. For some reason, the ridiculous and completely unrelatable shows inspired me to jokingly apply to casting calls for different TV series. After submitting photos and information to the America's Next Top Model website, I decided to create my own portfolio and send it out to a handful of other agencies who were seeking new models around the world. Expecting to never hear back, I didn't think much else about the spontaneous applications.

After more than a month passed, I had completely forgotten about my submissions. Until the day I received an email from the Australian modeling company I applied to on ModelMayhem. I was being offered a modeling contract for their quickly growing company's base in San Diego, CA. It was a dream too good to be true. Still in disbelief, I researched the company's name on Google. I couldn't find the website I originally applied to, and began questioning my recruiter. He seemed so cool and immediately reassured me. He was so down to earth and completely open, even having one of the original models facetime me and add me on instagram. She showed me her modeling photos for the company and told me all about her amazing San Diego trip. I couldn't wait to go. The company offered to fly out not only myself, but also a friend of my choice. Due to a last-minute exam, my plus 1 ended up staying in Morgantown, so I traveled to California alone. My recruiter and the original model comforted me throughout my solo trip and promised to fly out my friend the next time I came back.

When I landed in Cali, my recruiter picked me up from the airport in a new BMW. It was the same guy I had been facetiming and texting, however, his seemingly warm charismatic personality was nowhere to be found. Instead, he was distant and icy, acting more annoyed with each word I said. He dropped me off at an incredible hotel and told me to be up early the next morning, well rested and ready for the makeup artist.

I did exactly as told and was totally ready by the time my makeup artist arrived at my room. She was a very stylish young MAC artist who knew exactly what to do to my face as soon as she entered the room. I told her I couldn't wait to begin modeling and how blessed I felt to be chosen. She smiled and didn't say much back. Within a few minutes, my recruiter arrived with 2 other large intimidating men to take me to the photo shoot. I was a little nervous but mainly felt excited. The makeup artist said goodbye and watched as we got in a black Land Rover and drove off. The 3 Australian men talked and joked around amongst each other without saying much to me. They played really hard house music and talked about women they were bringing to a dinner party later that night. We were in the car for around 30 minutes before arriving to an incredible five-star resort. We were buzzed in at the front gate and navigated through the compound until we arrived at a secluded villa overlooking a large private pool. The men unpacked lights and cameras and other devices I was unsure of from the car. I assumed the shoot would take place outside, but instead, was lead inside the building.

It was then when I was made aware that the photo shoot wasn't at all on anyone's agenda but my own. My recruiter half smiled and pulled a manila envelope from the folder he was carrying. He opened the envelope and flashed a thick stack of all $100 bills. My confusion immediately turned to terror the second the words, "adult film" were mouthed by the muscular youngest man in the group. He laughed and started moving towards me. Right away, I began hysterically crying and saying "no" over and over. It was the only word I seemed to remember how to say. My mind was in total –panic but my body was like a deer in headlights. I couldn't move my legs to run, causing my sobbing to

**Complaint Exh. 3, p.003**

intensify. The men were furious with my hysterical response and immediately began screaming at me. Each man verbally attacked me differently, breaking me from all angles. I was told how incredibly ugly I was and that I was the farthest thing from what a modeling agency wants, that I was just another easily forgotten slut, and was called every disgusting/degrading name out there. I was told how insignificant my existence was and that no one wanted to come with me for a reason. My "recruiter" began screaming just inches from my face, demanding I pay back every dollar he wasted on me for my plane ticket and hotel room. I was told I could not leave until all of my expenses were paid back. He stood in between me and the door and repetitively shouted over and over, "where is my money!" Having literally only $0.30 to my name and borrowing money just for gas to drive to the airport, I felt as if there was no way out. Honestly, I do not know why I didn't think to call 911 on my cell or scream for help. I was way past terrified and had no idea if these men were going to beat me or even kill me. They had broken me.

I was handed a pile of poorly stapled papers and was told to fill every blank. It was a contract that required my initials and/or signature every 10 words or so. Everything these people advertised on ModelMayhem was a lie. I had no idea what the men's' names were in the room, what the company's was actually called, what country these people even came from, let alone what the hell I was signing my name on. I attempted reading through the documents, but was yelled at and told to "shut up" because "the recordings will never even be distributed in America" if I lingered too long on a page. I was given bullshit lines to say to the camera and had to appear genuinely excited for porn and realistically turned on by the terrifying naked stranger in front of me. Every time that I either started crying, winced, or moved away in pain, I was belittled like a dog that just peed on the floor and forced to start the take again from the top. The entire process, I was screamed at for not being hot enough, not taking it like I should, and for being "a dumb bitch". I wasn't even a human being anymore; I was an item. My body gave up. I had never felt so much physical/emotional pain in my entire life, yet was forced to pretend that I loved every second of it.

After the trip itself was over, the real nightmare was only beginning. I had never felt more alone than I did during that time. I was so disgusted and ashamed of myself, feeling like no one could ever possibly understand yet alone help. I couldn't sleep at night and would get panic attacks so severe that I was unable to breathe. I hated myself more and more each day. The biggest reminder of my worthless existence was when I lied to the people around me, pretending that my craziest dreams came true. I blew through the pay of about $5,000 in less than 1 month, spending disgusting amounts on alcohol or clothes I'd later ruin/loose. One night, I even drunkenly tipped a random taxi driver $300 for no reason whatsoever. Even though I was months behind on rent, I was repulsed by the cash and couldn't put it towards anything responsible. I literally wanted nothing to do with it. I was constantly blacked out and wanted to be as far away from reality as possible. My "recruiter" never stopped texting me, promising to keep my video a secret if I brought him my friends. I played along for some time, even telling my friends that I could get them jobs. I despised myself for lying to the people I loved, but promised to never trap them in the hell I was in. Even though I offered my friends jobs, I never followed through and set up dates with the "recruiter".

Eventually I couldn't do it anymore and stopped responding to his texts. He exploited me and leaked the video the day after I stopped answering. The morals I strived so hard to adhere to each day were for absolutely nothing. The kind, loyal, honest, and selfless woman I watched myself mature into had

died right in front of my eyes. I was unable to shower for some time, knowing that my own naked body has been observed and judged by everyone that I knew. My once overly-confident and carefree self has been stripped away from me.

My hatred towards these people began my search to getting the answers I deserved. After countless searches, I came across a page that filled all of my voids and helped me realize that what happened to me has happened to thousands of women around the world. Surprisingly, my nightmare ended more fortunately than most others. I am truly blessed to have returned home alive and in one piece. My story is just a small piece of a huge global issue that puts every woman and child at risk. I was illegally trafficked across the country for sex and was made to participate in pornography by force, fraud and coercion. What happened to me could happen to absolutely anyone. I hope that my story is able to raise awareness and better protect women from the dangers of sex trafficking. I am attending weekly individual and group therapy sessions and am meeting with a rape crisis specialist this week to discuss my legal options. I want to catch those illegal immigrant wastes of life and exploit them, just like how they exploited me.

Each day brings new challenges, but I get a little bit stronger every day. God gave me the best support system ever. I'm beyond thankful for my incredible family and friends who hold my hand every step of recovery and have made me feel like I matter again. You can take what you wish from my story. Those who know the real me will support me throughout my journey and keep me in their hearts. Those who think less of me or wish to continue judging me are entitled to do so, but have obviously never met the real me and will never get the chance to.


For more information about trafficking in pornography and more stories similar to my own, please visit: http://stoptraffickingdemand.com/trafficking-within-the-industry/ (https://web.archive.org/web/20150629020254/http://stoptraffickingdemand.com/trafficking-within-the-industry/)


Create a free website or blog at WordPress.com. | The Argent Theme.

Follow

# Follow ""

Build a website with WordPress.com

**Complaint Exh. 3, p.006**