Brian M. Holm (California State Bar No. 255691)
Holm Law Group, PC
171 Saxony Road, Suite 203
Encinitas, California 92024
p. 858.433.2001   f. 888.483.3323
brian@holmlawgroup.com

John J. O'Brien (California State Bar No. 253392)
The O'Brien Law Firm, APLC
1804 Garnet Ave., Suite 408
San Diego, California 92109
p. 619.535.5151
john@theobrienlawfirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE NOS. 1 through 40, inclusive, individuals;<br><br>　　Plaintiffs,<br><br>v.<br><br>MG FREESITES, LTD., dba "PORNHUB," a foreign entity; MINDGEEK S.A.R.L. a foreign entity; and MINDGEEK USA INCORPORATED, a Delaware corporation;<br><br>　　Defendants. | Case No.: 3:20-cv-02440-WQH-KSC<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO PROCEED ANONYMOUSLY AND FOR PROTECTIVE ORDER**<br><br>Date: January 26, 2021<br>Dept.: 14B<br>Judge: Hon. William Q. Hayes<br><br>Complaint Filed: December 15, 2020<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

///

///

---

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE THAT on January 26, 2021 in Department 14B of the above-referenced Court, Plaintiffs Jane Doe Nos. 1 - 40 ("Plaintiffs") will and hereby do move for an order to proceed anonymously in this action and for a protective order prohibiting disclosure of their true identities absent further order from this Court.

This motion is made pursuant to *Does I thru XII v. Advanced Textile Corp.,* 214 F.3d 1058, 1067-68 (9th Cir. 2000), Federal Rule of Civil Procedure 26(c), and the Court's inherent authority.

The motion is based on the accompanying memorandum in support, declaration of Brian M. Holm in support (including exhibits thereto), all pleadings and papers on file in this action, and on such other further matter the Court may request and/or consider.

Dated: December 22, 2020     By:   _s/ Brian M. Holm_____
                                    Brian M. Holm
                                    John. J. O'Brien
                                    **Attorneys for Plaintiffs**
                                    E-mail: brian@holmlawgroup.com
                                                john@theobrienlawfirm.com

2
PLAINTIFFS' NOTICE OF MOTION AND MOTION TO
PROCEED ANONYMOUSLY AND FOR PROTECTIVE ORDER                    20CV02440