Brian M. Holm (California State Bar No. 255691)
HOLM LAW GROUP, PC
171 Saxony Road, Suite 203
Encinitas, California 92024
p. 858.433.2001   f. 888.483.3323
brian@holmlawgroup.com

John J. O'Brien (California State Bar No. 253392)
THE O'BRIEN LAW FIRM, APLC
1804 Garnet Ave., Suite 408
San Diego, California 92109
p. 619.535.5151
john@theobrienlawfirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE NOS. 1 through 40, inclusive, individuals;<br><br>　　Plaintiffs,<br><br>v.<br><br>MG FREESITES, LTD., dba "PORNHUB," a foreign entity; MINDGEEK S.A.R.L. a foreign entity; and MINDGEEK USA INCORPORATED, a Delaware corporation;<br><br>　　Defendants. | Case No.: 3:20-cv-02440-WQH-KSC<br><br>**DECLARATION OF BRIAN M. HOLM IN SUPPORT OF PLAINTIFFS' MOTION TO PROCEED ANONYMOUSLY AND FOR PROTECTIVE ORDER**<br><br>Date: January 26, 2021<br>Dept.: 14B<br>Judge: Hon. William Q. Hayes<br><br>Complaint Filed: December 15, 2020<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

///

///

///

---

1
DECLARATION OF BRIAN M. HOLM IN SUPPORT OF PLAINTIFFS'
MOTION TO PROCEED ANONYMOUSLY AND FOR PROTECTIVE ORDER

20CV02440

I, Brian M. Holm, hereby declare as follows:

1. I am an attorney for Plaintiffs Jane Doe Nos. 1-40 in this action. I have personal knowledge of the foregoing. If called as a witness, I could and would testify as follows.

2. Attached as **Exhibit 1** is a true and correct copy of the Statement of Decision in *Jane Does No. 1–22 v. GirlsDoPorn.com, et al.*, California Superior Court, County of San Diego, Case No. 2016-19027 (the "State Action").

3. Attached as **Exhibit 2** is a true and correct copy of Indictment in *United States v. Pratt, et al.*, United States District Court, Southern District of California, Case No. 3:19-cr-04488 (the "Criminal Action").

4. A few days before trial in the State Action, the website PornWikiLeaks.com (a curated forum dedicated to "outing" women who participate in pornography and compiling personal contact information to torment them) contained numerous threads about the State Action. In one thread, commenters kept a list of who they believed were the Plaintiffs in the State Action and were counting down the days until trial, excited to see whether they had correctly identified each Plaintiff. Attached as **Exhibit 3** is a true and correct copy of a thread from PornWikiLeaks.com posted before trial in the State Action, threatening me.

5. Media thoroughly covered the State Action – there are countless news stories on the Internet about the State Action, and television stations covered the trial. Just recently, MindGeek's operations have become heavily scrutinized in the political

///
///
///
///
///
///
///

arena and in media.[1]  Without question, I believe this action will attract great media attention.

6.   On December 15, 2020, I emailed MindGeek's general counsel requesting that MindGeek stipulate to Plaintiffs proceeding as Jane Does and to an order precluding the parties from filing Plaintiffs' real names in the public record.  Attached as **Exhibit 4** is a true and correct copy of the email I sent to MindGeek's general counsel.  MindGeek's general counsel did not respond to me.

7.   Process service was effected on defendant MindGeek USA Incorporated with the redacted/Jane Doe complaint on December 18, 2020; however that defendant has not yet appeared (or responded to my above email).  No other defendant has been process served to date.  This motion has not been served on any defendant, as they have not appeared in the action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 22, 2020        By:    *s/ Brian M. Holm*
                                       Brian M. Holm
                                       **Attorney for Plaintiffs**
                                       E-mail: brian@holmlawgroup.com

---

[1] https://www.nytimes.com/2020/12/09/opinion/pornhub-news-child-abuse.html

https://www.reuters.com/article/pornhub-payments/mastercard-to-investigate-allegations-against-pornhub-idINL4N2IM035

https://www.nytimes.com/2020/12/07/business/visa-mastercard-pornhub.html

https://www.foxnews.com/politics/hawley-sasse-lead-charge-against-pornhub-human-trafficking

https://reason.com/2020/12/10/visa-and-mastercard-submit-to-politicians-trying-to-put-the-squeeze-on-pornhub/?fbclid=IwAR2yn3P-aITW8ci8zqFCY2lKDHOiDwfwURwHqYJ64rh9sI0nnBXRTfw0-5I

https://www.bbc.com/news/technology-55231181

3
DECLARATION OF BRIAN M. HOLM IN SUPPORT OF PLAINTIFFS'
MOTION TO PROCEED ANONYMOUSLY AND FOR PROTECTIVE ORDER

20CV02440