# Exhibit 2

FILED

NOV 07 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2019 NOV -5  P 3:18

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL JAMES PRATT (1),<br>    aka "Mark,"<br>MATTHEW ISAAC WOLFE (2),<br>    aka "Ben,"<br>RUBEN ANDRE GARCIA (3),<br>    aka "Jonathan,"<br>████████████████<br><br>VALORIE MOSER (5),<br>AMBERLYN DEE NORED (6),<br>    aka "Amberlyn Clark,"<br><br>        Defendants. | Case No. **19 CR 4488 JLS**<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Secs. 1594(c)<br>and 1591(a)(1) and (2) -<br>Conspiracy to Commit Sex<br>Trafficking by Force, Fraud and<br>Coercion; Title 18, U.S.C.,<br>Sec. 2251(a) and (e) - Production<br>of Child Pornography; Title 18,<br>U.S.C., Sec. 1591(a)(1), (a)(2)<br>and (c) - Sex Trafficking of a<br>Minor and by Force, Fraud and<br>Coercion; Title 18, U.S.C.,<br>Sec. 1591(a)(1) and (2) - Sex<br>Trafficking by Force, Fraud and<br>Coercion; Title 18, U.S.C.,<br>Sec. 1594(d) and (e), and<br>Title 18, U.S.C., Sec. 2253(a)(2),<br>(a)(3) and (b), and Title 28,<br>U.S.C., Sec. 2461(c) - Criminal<br>Forfeiture |

The grand jury charges:

Count 1
Conspiracy to Commit
Sex Trafficking by Force, Fraud and Coercion

Beginning on an unknown date, but no later than approximately 2012,
and continuing through October 9, 2019, within the Southern District of
California and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark,"
MATTHEW ISAAC WOLFE, aka "Ben," RUBEN ANDRE GARCIA, aka "Jonathan,"
████████████████████ VALORIE MOSER, and AMBERLYN DEE NORED,
aka "Amberlyn Clark," conspired and agreed with each other to knowingly,
in and affecting interstate and foreign commerce, recruit, entice,

JSGR:AFF:nlv(1):11/6/19

1 harbor, transport, provide, obtain, advertise, maintain, patronize, and
2 solicit by any means a person — to wit, Victim 1, Victim 2, Victim 3,
3 Victim 4, Victim 5 and others — knowing and in reckless disregard of
4 the fact that means of force, threats of force, fraud, coercion, and
5 any combination of such means, would be used to cause these persons to
6 engage in a commercial sex act, and to benefit financially and receive
7 anything of value from participation in a venture engaged in such acts,
8 in violation of Title 18, United States Code, Section 1591(a).
9 All in violation of Title 18, United States Code, Section 1594(c).

10
11
## Count 2
### Production of Child Pornography

12 On or about September 1, 2012, within the Southern District of
13 California and elsewhere, defendant MICHAEL JAMES PRATT, aka "Mark,"
14 did attempt to employ, use, persuade, induce, entice, and coerce a
15 16-year-old minor ("Minor Victim 1") to engage in sexually explicit
16 conduct for the purpose of producing any visual depiction of such
17 conduct, and the visual depiction was transported using any means and
18 facility of interstate and foreign commerce or in and affecting
19 interstate and foreign commerce; in violation of Title 18, United States
20 Code, Section 2251(a) and (e).

21
## Count 3
### Sex Trafficking of a Minor and by Force, Fraud and Coercion

22 On or about September 1, 2012, within the Southern District of
23 California and elsewhere, defendant MICHAEL JAMES PRATT, aka "Mark,"
24 knowingly, in and affecting interstate and foreign commerce, recruited,
25 enticed, harbored, transported, provided, obtained, and maintained Minor
26 Victim 1, and benefitted financially and by receiving anything of value
27 from participation in a venture, which recruited, enticed, harbored,
28 transported, provided, obtained, and maintained Minor Victim 1, knowing

2

**EXH. 2 - 002**

1 and in reckless disregard of the fact that means of force, threats of
2 force, fraud, coercion, and any combination of such means, would be used
3 to cause Minor Victim 1 to engage in a commercial sex act, and having
4 had a reasonable opportunity to observe Minor Victim 1 and knowing and
5 in reckless disregard that Minor Victim 1 was under the age of 18 years
6 old; in violation of Title 18, United States Code, Section 1591(a)(1),
7 (a)(2) and (c).

### Count 4
#### Sex Trafficking by Force, Fraud and Coercion

8
9    On or about May 2015, within the Southern District of California
10 and elsewhere, MICHAEL JAMES PRATT, aka "Mark," MATTHEW ISAAC WOLFE,
11 aka "Ben," and RUBEN ANDRE GARCIA, aka "Jonathan," knowingly, in and
12 affecting interstate and foreign commerce, recruited, enticed, harbored,
13 transported, provided, obtained, maintained, patronized, and solicited
14 Victim 1, and benefitted financially and by receiving anything of value
15 from participation in a venture, which recruited, enticed, harbored,
16 transported, provided, obtained, and maintained Victim 1, knowing and
17 in reckless disregard of the fact that means of force, threats of force,
18 fraud, coercion, and any combination of such means, would be used to
19 cause Victim 1 to engage in a commercial sex act; in violation of
20 Title 18, United States Code, Section 1591(a)(1) and (2).

### Count 5
#### Sex Trafficking by Force, Fraud and Coercion

21
22
23    On or about October 2013, within the Southern District of California
24 and elsewhere, MICHAEL JAMES PRATT, aka "Mark," and RUBEN ANDRE GARCIA,
25 aka "Jonathan," knowingly, in and affecting interstate and foreign
26 commerce, recruited, enticed, harbored, transported, provided, obtained,
27 maintained, patronized, and solicited Victim 2, and benefitted
28 financially and by receiving anything of value from participation in a

3

**EXH. 2 - 003**

1  venture, which recruited, enticed, harbored, transported, provided,
2  obtained, and maintained Victim 2, knowing and in reckless disregard of
3  the fact that means of force, threats of force, fraud, coercion, and
4  any combination of such means, would be used to cause Victim 2 to engage
5  in a commercial sex act; in violation of Title 18, United States Code,
6  Section 1591(a)(1) and (2).

### Count 6
### Sex Trafficking by Force, Fraud and Coercion

On or about January 2015, within the Southern District of California
and elsewhere, MICHAEL JAMES PRATT, aka "Mark," MATTHEW ISAAC WOLFE,
aka "Ben," and RUBEN ANDRE GARCIA, aka "Jonathan," knowingly, in and
affecting interstate and foreign commerce, recruited, enticed, harbored,
transported, provided, obtained, maintained, patronized, and solicited
Victim 3, and benefitted financially and by receiving anything of value
from participation in a venture, which recruited, enticed, harbored,
transported, provided, obtained, and maintained Victim 3, knowing and
in reckless disregard of the fact that means of force, threats of force,
fraud, coercion, and any combination of such means, would be used to
cause Victim 3 to engage in a commercial sex act; in violation of
Title 18, United States Code, Section 1591(a)(1) and (2).

### Count 7
### Sex Trafficking by Force, Fraud and Coercion

On or about February 2016, within the Southern District of
California and elsewhere, MICHAEL JAMES PRATT, aka "Mark," RUBEN ANDRE
GARCIA, aka "Jonathan," and ███████ ███████ ████ ████ ████████
knowingly, in and affecting interstate and foreign commerce, recruited,
enticed, harbored, transported, provided, obtained, maintained,
patronized, and solicited Victim 4, and benefitted financially and by
receiving anything of value from participation in a venture, which

4

1  recruited, enticed, harbored, transported, provided, obtained,
2  advertised, maintained, patronized, and solicited Victim 4, knowing and
3  in reckless disregard of the fact that means of force, threats of force,
4  fraud, coercion, and any combination of such means, would be used to
5  cause Victim 4 to engage in a commercial sex act; in violation of
6  Title 18, United States Code, Section 1591(a)(1) and (2).

7
                            Count 8
8              Sex Trafficking by Force, Fraud and Coercion
9       On or about January 2016, within the Southern District of California
10 and elsewhere, MICHAEL JAMES PRATT, aka "Mark," RUBEN ANDRE GARCIA,
11 aka "Jonathan," and ████████ ███████ ████ ██ ███████ knowingly
12 recruited, enticed, harbored, transported, provided, obtained,
13 advertised, maintained, patronized, and solicited Victim 5, and
14 benefitted financially and by receiving anything of value from
15 participation in a venture, which recruited, enticed, harbored,
16 transported, provided, obtained, maintained, patronized, and solicited
17 Victim 5, knowing and in reckless disregard of the fact that means of
18 force, threats of force, fraud, coercion, and any combination of such
19 means, would be used to cause Victim 5 to engage in a commercial sex
20 act; in violation of Title 18, United States Code, Section 1591(a)(1)
21 and (2).

22                     FORFEITURE ALLEGATIONS
23      The allegations contained in Counts 1 through 8 above are re-
24 alleged herein and incorporated as a part hereof for purposes of seeking
25 forfeiture of property of defendants MICHAEL JAMES PRATT, aka "Mark,"
26 MATTHEW ISAAC WOLFE, aka "Ben," RUBEN ANDRE GARCIA, aka "Jonathan,"
27 ████████████████████████ VALORIE MOSER, and AMBERLYN DEE NORED,
28 aka "Amberlyn Clark," to the United States pursuant to Title 18, United

                              5

EXH. 2 - 005

1  States Code, Section 1594(d) and (e), and Title 18, United States Code,
2  Section 2253(a)(2) and (3).

3      Upon conviction of the offenses in Counts 1, and 3 through 8, which
4  involve violations of Title 18, United States Code, Sections 1591
5  and 1594, defendants MICHAEL JAMES PRATT, aka "Mark," MATTHEW ISAAC
6  WOLFE, aka "Ben," RUBEN ANDRE GARCIA, aka "Jonathan," ████████████
7  ████ ████████████ VALORIE MOSER, and AMBERLYN DEE NORED, aka "Amberlyn
8  Clark," shall forfeit, pursuant to Title 18, United States Code,
9  Section 1594(d) and (e), all right, title, and interest in (1) any
10 property, real or personal, constituting or derived from, any proceeds
11 obtained, directly or indirectly, as a result of the offense; and (2) any
12 property, real or personal, used or intended to be used to commit or to
13 facilitate the commission of the offense.  The property to be forfeited
14 includes, but is not limited to the following:

15       (a) the domain name of girlsdoporn.com; and

16       (b) the domain name of girlsdotoys.com; and

17       (c) the domain name of beginmodeling.com.

18     Upon conviction of the offense in Count 2, which involves a
19 violation of Title 18, United States Code, Section 2251(a) and 2251(e),
20 defendants MICHAEL JAMES PRATT, aka "Mark," MATTHEW ISAAC WOLFE,
21 aka "Ben," RUBEN ANDRE GARCIA, aka "Jonathan," ████████ ████████ ████
██ ████████████ VALORIE MOSER, and AMBERLYN DEE NORED, aka "Amberlyn
23 Clark," shall forfeit, pursuant to Title 18, United States Code,
24 Section 2253(a)(2) and (3), all right, title, and interest in: (1) all
25 visual depictions described in Section 2251; (2) any property, real or
26 personal, constituting or traceable to gross profits or other proceeds
27 obtained from the offense; and (3) any property, real or personal, used
28

6

1 | or intended to be used to commit or to promote the commission of the
2 | offense or any property traceable to such property.
3 |     If any of the property described above, as a result of any act or
4 | omission of defendants MICHAEL JAMES PRATT, aka "Mark," MATTHEW ISAAC
5 | WOLFE, aka "Ben," RUBEN ANDRE GARCIA, aka "Jonathan," ▮▮▮▮▮
6 | ▮▮▮▮▮▮▮▮▮▮ VALORIE MOSER, and AMBERLYN DEE NORED, aka "Amberlyn
7 | Clark," cannot be located upon the exercise of due diligence; has been
8 | transferred or sold to, or deposited with, a third party; has been placed
9 | beyond the jurisdiction of the court; has been substantially diminished
10 | in value; or has been commingled with other property which cannot be
11 | divided without difficulty, the United States shall be entitled to
12 | forfeiture of substitute property up to the value of the property
13 | described above, pursuant to Title 28, United States Code,
14 | Section 2461(c), and Title 18, United States Code, Section 2253(b).
15 | All violation of Title 18, United States Code, Section 1594(d) and (e),
16 | Title 18, United States Code, Section 2253(a)(2), (a)(3), and (b), and
17 | Title 28, United States Code, Section 2461(c).
18 |     DATED: November 6, 2019.

A TRUE BILL:

Foreperson

22 | ROBERT S. BREWER, JR.
23 | United States Attorney

24 | By: JOSEPH S. GREEN
25 | Assistant U.S. Attorney

27 | By: ALEXANDRA F. FOSTER
28 | Assistant U.S. Attorney

I hereby attest and certify on 11/06/19
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____ Deputy

7