# Exhibit 3

**PornWikileaks.com, Adultfyi.com, Hookerwikileaks.com, and OfficialMikesouth.com are all for sale with all there content! Please email PWLArmy AT gmail.com for more info!**









Porn Wiki Leaks Forum > Main Porn Forum discussion > Whore Hunting
**No gdp threads for right now!**

**Whore Hunting** Requests and Leaks of Porn Whores Real Names without a wiki

06-17-2019, 05:33 AM    #1

**Porn Wiki Leaks**
Senior Member

Join Date: Jan 2011
Posts: 3,494

**No gdp threads for right now!**

[Thread hijacked] I can not go into details but for the time being there will be no GDP threads allowed.

Not to worry we have everything still including all the GDP forums and threads but for now its off limits. GDP and the men involved are victims and that should say enough.

EXH. 3 - 001

RULE NUMBER ONE IS ALL WHORES AND FAGGOTS DO IS LIE LIE LIE LIE LIE LIE LIE and not sure why people forget this after we have proved this countless times over and over and over and over and over! The girls accusing GDP of shit are lying gold digging worthless whores looking for money just like there worthless scamming fraudster attorneys! Scum of the earth pieces of shit. Nothing more!   

Please dont post about them or the girls involved for the time being. This may change in the near future!

Share

_____
My sig spot is now for sale, make an offer

Originally Posted by worstnightmare
"PWL is the only way i've figured out so far where you can fuck 15,000 whores at the same time"

 Quote

---

06-17-2019, 06:00 AM                                                                 #2

**fuckofftwice**
Senior Member

Join Date: Aug 2017
Posts: 382

Quote:
Originally Posted by **Porn Wiki Leaks**
 I can not go into details but for the time being there will be no GDP threads allowed.

Not to worry we have everything still including all the GDP forums and threads but for now its off limits. GDP and the men involved are victims and that should say enough.

RULE NUMBER ONE IS ALL WHORES AND FAGGOTS DO IS LIE LIE LIE LIE LIE LIE LIE and not sure why people forget this after we have proved this countless times over and over and over and over and over! The girls accusing GDP of shit are lying gold digging worthless whores looking for money just like there worthless scamming fraudster attorneys! Scum of the earth pieces of shit. Nothing more!  

EXH. 3 - 002



Please dont post about them or the girls involved for the time being. This may change in the near future!

So I wasn't the only one Holm wanted to talk too.....

Share
Quote

06-17-2019, 06:26 AM    #3

**Porn Wiki Leaks**
Senior Member

Join Date: Jan 2011
Posts: 3,494

Quote:
Originally Posted by **fuckofftwice**
So I wasn't the only one Holm wanted to talk too.....

No fuck that piece of shit! he will get his sooner or later thats all i can say. We are not scared of ANY cowardly punk ass lawyers and have proved that the countless times we have owned them when they have tried to shut us down!

Let just say we dont want to cause GDP or the men that are involved any more headache right now as they are victims but when its all said and done those that kicked the bull will get the horns!

 

Share

**My sig spot is now for sale, make an offer**

Originally Posted by worstnightmare
"PWL is the only way i've figured out so far where you can fuck 15,000 whores at the same time"

Quote

EXH. 3 - 003

06-17-2019, 02:46 PM #4

Projector
Member

Join Date: Feb 2019
Posts: 98

It's treason, then.

The prosecutors in the case are after PWL now?!

Share

---

Quote

06-17-2019, 03:18 PM #5

icedleak
Member

Join Date: Apr 2017
Posts: 35

Quote:

> Originally Posted by **Projector**
> *It's treason, then.*
>
> *The prosecutors in the case are after PWL now?!*

There are no prosecutors in a civil trial.

Share

Quote

06-17-2019, 06:02 PM #6

Porn Wiki Leaks
Senior Member

Join Date: Jan 2011
Posts: 3,494

Quote:

> Originally Posted by **Projector**
> *It's treason, then.*

EXH. 3 - 004





