# Exhibit 4

**From:** Brian Holm brian@holmlawgroup.com
**Subject:** Complaint against MindGeek
**Date:** December 15, 2020 at 4:08 PM
**To:** anthony.penhale@mindgeek.com
**Cc:** John O'Brien john@theobrienlawfirm.com

Mr. Penhale,

I represent the plaintiffs in the complaint filed this morning against Mindeek, S.a.r.l, MG Freesites, Ltd and MindGeek USA Incorporated in United States Court, Southern District of California. Attached is a courtesy copy of the Summons and Complaint, which are out for service. I am also attaching a minute order where the original judge recused himself from the case, which is now reassigned to Judge Benitez.

Plaintiffs are named as Jane Does in the complaint since they are victims of GirlsDoPorn's sex trafficking venture. Please advise whether MindGeek is willing to stipulate to plaintiffs proceeding as Jane Does and to an order precluding the parties from filing plaintiffs' real names in the public record. Once stipulated, I can get MindGeek a list of the plaintiffs true names sooner rather than later. Otherwise, we can proceed by filing our motion. Of note, five of the plaintiffs are anonymously named as "Victim 1" in the ongoing criminal matter against GirlsDoPorn's principals in this same court. I believe we can avoid needless time and expense with a stipulation.

Please have any local counsel MindGeek obtains reach out to discuss. Thanks for your attention to this matter.



BRIAN M. HOLM, ESQ. | MANAGING ATTORNEY
171 SAXONY RD., STE. 203, ENCINITAS, CA 92024
P. 858.433.2001  F. 888.483.3323
WWW.HOLMLAWGROUP.COM
*Please note the new phone number



EXH. 4 - 001

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District (specify)   ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 U.S.C. 1595

Brief description of cause:
Damages arising from defendants' participation in a sex trafficking venture

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.   **DEMAND $** 80,000,000.00   CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions)   JUDGE _____   DOCKET NUMBER _____

DATE: 12/15/2020   SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____



Complaint [Doc. 1] 12.15.20.pdf



Exhibits to Compl...ed).pdf

From: efile_information@casd.uscourts.gov
Subject: Activity in Case 3:20-cv-02440-BEN-RBB Jane Doe Nos. 1 through 40 v. MG Freesites, Ltd. et al Order Reassigning Case
Date: December 15, 2020 at 2:53 PM
To: efile_information@casd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Southern District of California

**Notice of Electronic Filing**

The following transaction was entered on 12/15/2020 at 2:53 PM PST and filed on 12/15/2020
**Case Name:** Jane Doe Nos. 1 through 40 v. MG Freesites, Ltd. et al
**Case Number:** [3:20-cv-02440-BEN-RBB](#)
**Filer:**
**Document Number:** 3(No document attached)

**Docket Text:**
**MINUTE ORDER OF RECUSAL. Judge Thomas J. Whelan is no longer assigned. Case reassigned to Judge Roger T. Benitez for all further proceedings. The new case number is 20cv2440-BEN-RBB.(no document attached) (vxc)**

3:20-cv-02440-BEN-RBB Notice has been electronically mailed to:

Brian Michael Holm    brian@holmlawgroup.com, alexa@holmlawgroup.com

3:20-cv-02440-BEN-RBB Notice has been delivered by other means to:



Summons (Confo...ed).pdf