1 Brian M. Holm (California State Bar No. 255691)
HOLM LAW GROUP, PC
2 171 Saxony Road, Suite 203
3 Encinitas, California 92024
p. 858.433.2001   f. 888.483.3323
4 brian@holmlawgroup.com

5
John J. O'Brien (California State Bar No. 253392)
6 THE O'BRIEN LAW FIRM, APLC
1804 Garnet Ave., No. 408
7 San Diego, California 92109
p. 619.535.5151
8 john@theobrienlawfirm.com

9
Attorneys for Plaintiffs
10

11 **UNITED STATES DISTRICT COURT**

12 **SOUTHERN DISTRICT OF CALIFORNIA**

13

| JANE DOE NOS. 1 through 40, inclusive, individuals; | Case No.: 3:20-cv-02440-WQH-KSC |
|---|---|
| Plaintiffs, | **PROOF OF PERSONAL SERVICE OF COMPLAINT ON MINDGEEK USA INCORPORATED, A DELAWARE CORPORATION** |
| v. | |
| MG FREESITES, LTD., dba "PORNHUB," a foreign entity; MINDGEEK S.A.R.L. a foreign entity; and MINDGEEK USA INCORPORATED, a Delaware corporation; | |
| Defendants. | |

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Jane Doe Nos. 1 through 40, inclusive, individuals

*Plaintiff*

V.

MG Freesites, Ltd., a foreign entity doing business as "Pornhub"; Mindgeek S.A.R.L., a foreign entity; Mindgeek USA Incorporated, a Delaware corporation

*Defendant*

Civil Action No.   20cv02440-W-RBB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mindgeek USA Incorporated, a Delaware corporation
Attn: CT Corporation System, 818 West Seventh Street, Suite 930, Los Angeles, 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian Michael Holm
171 Saxony Road Suite 203
Encinitas, CA 92024
858-707-5858

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:   12/15/20



John Morrill
*CLERK OF COURT*

S/                              V. Cota
*Signature of Clerk or Deputy Clerk*

**Civil Action No.** 20cv02440-W-RBB                                           Date Issued: 12/15/20

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Mindgeek USA Incorporated, a Delaware corporation
was received by me on *(date)* December 15th, 2020        .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* Carlos Paz- Process Specialist , who is
designated by law to accept service of process on behalf of *(name of organization)* CT Corporation
System                                                                 on *(date)* 12-18-2020 ; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ $8.40   .

I declare under penalty of perjury that this information is true.

Date: 12-18-2020                          _____
                                                     *Server's Signature*

                                          Ernesto Ardon- Registered Process Server
                                                   *Printed name and title*

                                          2251 San Diego Avenue, San Diego, CA 92110
                                                    *Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.