DAVID A. STEINBERG (SBN 130593)
MARC E. MAYER (SBN 190969)
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| JANE DOE NOS. 1 through 40, inclusive, individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>MG FREESITES, LTD., dba "PORNHUB," a foreign entity; MINDGEEK S.A.R.L. a foreign entity; and MINDGEEK USA INCORPORATED, a Delaware corporation;,<br><br>    Defendants. | CASE NO. 3:20-CV-02440-WQH-KSC<br><br>Judicial Officer:  William Q. Hayes<br>Courtroom:        14B<br><br>**NOTICE OF PARTIES WITH FINANCIAL INTEREST**<br><br>[S.D. Cal. Local Rule 40.2] |

Defendants MindGeek USA, Inc., MG Freesites Ltd, and MindGeek S.à.r.l., by and through their undersigned counsel, provide the following Corporate Disclosure Statement pursuant to Local Rule 40.2.

1. Defendant MindGeek USA, Inc.'s ultimate corporate parent company is MindGeek S.à.r.l.

2. Defendant MG Freesites Ltd's ultimate corporate parent company is MindGeek S.à.r.l.

3. MindGeek S.à.r.l. is a privately held company whose owners are: Coginvest S.A., Acaju Investments S.A., Share Investments S.A, and MindGeek Holding, Inc. is a privately held company whose owners are 9288-1259 Quebec Inc. and 9288-1275 Quebec Inc.

DATED: JANUARY 8, 2021           RESPECTFULLY SUBMITTED,

DAVID A. STEINBERG
MARC E. MAYER
MITCHELL SILBERBERG & KNUPP LLP


By: */s/ David A. Steinberg*
　　David A. Steinberg
　　Marc E. Mayer
　　Attorneys for Defendants