DAVID A. STEINBERG (SBN 130593)
MARC E. MAYER (SBN 190969)
EMILY F. EVITT (SBN 261491)
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| JANE DOE NOS. 1 through 50, inclusive, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MG FREESITES, LTD., dba "PORNHUB," a foreign entity; MINDGEEK S.A.R.L. a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; 9219-1568 QUEBEC, INC., dba "MindGeek," a foreign entity; and MG BILLING US CORP., dba "Probiller.com," a Delaware corporation,<br><br>Defendants. | CASE NO. 3:20-CV-02440-WQH-KSC<br><br>Judicial Officer:   William Q. Hayes<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>[S.D. Cal. Local Rule 40.2] |

13115141.1

CASE NO. 3:20-CV-02440

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

1         Defendants 9219-1568 Quebec Inc. and MG Billing US Corp., by and

2    through their undersigned counsel, provide the following Corporate Disclosure

3    Statement pursuant to Local Rule 40.2.

4         1.     Defendant 9219-1568 Quebec Inc.'s ultimate corporate parent company

5    is MindGeek S.à.r.l.

6         2.     Defendant MG Billing US Corp.'s ultimate corporate parent company

7    is MindGeek S.à.r.l.

8

9    DATED: April 23, 2021           RESPECTFULLY SUBMITTED,

10             DAVID A. STEINBERG
          MARC E. MAYER
          EMILY F. EVITT

11             MITCHELL SILBERBERG & KNUPP LLP

12

13             By:/s/ Marc E. Mayer

14                 Marc E. Mayer
              Attorneys for Defendants

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

13115141.1

2          CASE NO. 3:20-CV-02440

**NOTICE OF PARTY WITH FINANCIAL INTEREST**