UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE NOS. 1 through 50, inclusive, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MG FREESITES, LTD., dba "PORNHUB," a foreign entity; MINDGEEK S.A.R.L., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; 9219-1568 QUEBEC, INC., dba "MINDGEEK," a foreign entity; and MG BILLING US CORP., dba "PROBILLER.COM," a Delaware corporation,<br><br>Defendants. | Case No.: 3:20-cv-02440-WQH-KSC<br><br>**ORDER** |

HAYES, Judge:

    IT IS HEREBY ORDERED that the Joint Motion to Suspend Proceedings for 30 Days (ECF No. 38) is GRANTED. All proceedings in this action are hereby suspended until September 9, 2021.

Dated: August 2, 2021

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court