1  Brian M. Holm (State Bar No. 255691)
   HOLM LAW GROUP, PC
2  171 Saxony Road, Suite 203
3  Encinitas, California 92024
   p. 858.433.2001   f. 888.483.3323
4  brian@holmlawgroup.com

5  John J. O'Brien (State Bar No. 253392)
   THE O'BRIEN LAW FIRM, APLC
6  1804 Garnet Ave., Suite 408
7  San Diego, California 92109
   p. 619.535.5151
8  john@theobrienlawfirm.com

9
   Edward D. Chapin (State Bar No. 53287)
10 echapin@sanfordheisler.com
   Cara W. Van Dorn (State Bar No. 321669)
11 cvandorn@sanfordheisler.com
12 SANFORD HEISLER SHARP, LLP
   655 W Broadway, Suite 1700
13 San Diego, CA 92101
   p. 619.577.4253   f.  619.577.4250
14
15 **Attorneys for Plaintiffs**

16            UNITED STATES DISTRICT COURT
17            SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  JANE DOE NOS. 1 through 50, inclusive, individuals, | Case No.: 3:20-CV-02440-WQH-KSC |
| 19 | |
| 20       Plaintiffs, | Judicial Officer: William Q. Hayes Dept.: 14B |
| 21  v. | **JOINT MOTION TO FURTHER EXTEND SUSPENSION OF PROCEEDINGS FOR 21 DAYS** |
| 22  MG FREESITES, LTD., dba "PORNHUB," a foreign entity; MINDGEEK S.A.R.L. a foreign entity; and MINDGEEK USA INCORPORATED, a Delaware corporation; 9219-1568 QUEBEC, INC., dba "MindGeek," a foreign entity; and MG BILLING US CORP., dba "Probiller.com," a Delaware corporation, | |
| 23 | |
| 24 | [(PROPOSED) ORDER SUBMITTED CONCURRENTLY HEREWITH] |
| 25 | |
| 26 | |
| 27 | |
| 28       Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

By this stipulated motion, Plaintiffs Jane Doe Nos. 1-50 ("Plaintiffs"), and Defendants MG Freesites Ltd, MindGeek S.à.r.l., MindGeek USA Incorporated, 9219-1568 Quebec Inc., and MG Billing US Corp. (collectively, "Defendants") (Plaintiffs and Defendants collectively, the "Parties"), through their counsel, jointly request that the Court extend its suspension of proceedings in this matter (Dkt. No. 39) for an additional 21 days.

This request is based on the following stipulated facts:

1. On or about December 15, 2020, Plaintiffs filed their original Complaint in this action. (Dkt. No. 1.)

2. On or about April 1, 2021, Plaintiffs filed their First Amended Complaint. (Dkt. No. 23.)

3. On or about April 23, 2021, Defendants filed a Motion for a Stay of Proceedings Pursuant to 18. U.S.C. § 1595(b). (Dkt. No. 28.)

4. On or about May 3, 2021, Defendants filed a Motion to Strike Pursuant to FRCP 12(f). (Dkt. No. 29.)

5. On July 7, 2021, the Parties filed a joint motion to suspend proceedings in order to facilitate discussions regarding the potential resolution of this action. (Dkt. No. 36.) On July 8, 2021, the Court granted the joint motion, suspended all proceedings in this matter until August 9, 2021, and denied without prejudice Defendants' Motion for a Stay of Proceedings Pursuant to 18 U.S.C. § 1595(b) and Defendants' Motion to Strike Pursuant to FRCP 12(f). (Dkt. No. 37.)

6. After the Court's July 8, 2021 order, the Parties attended mediation, which took place on July 27, 2021.

///

///

///

7.  As the mediation was productive, to facilitate efforts towards a potential final resolution of this action, the Parties filed a joint motion to further extend the Court's prior suspension of proceedings. (Dkt. 38). On August 2, 2021, the Court granted the joint motion and extended the suspension of all proceedings in this matter until September 9, 2021.  (Dkt. 39).

8.  Since the last extension on August 2, 2021, the Parties have made significant progress towards a final resolution of this matter, which the Parties expect to complete within the next 21 days.  To allow the Parties to focus on this agreement, the Parties have agreed to request a 21-day suspension of all proceedings (until September 30, 2021), subject to the Court's approval.

9.  The Parties agree that neither Plaintiffs nor Defendants shall be prejudiced thereby.  Based on the foregoing, the Parties jointly request that the Court extend the suspension of all proceedings in the action until September 30, 2021.

DATED: SEPTEMBER 9, 2021              RESPECTFULLY SUBMITTED,

BRIAN M. HOLM
HOLM LAW GROUP, PC

By:/s/ Brian M. Holm
    Brian M. Holm
    Attorneys for Plaintiffs

DAVID A. STEINBERG
MARC E. MAYER
EMILY F. EVITT
MITCHELL SILBERBERG & KNUPP LLP

By:/s/ Marc. E. Mayer
    David A. Steinberg
    Marc E. Mayer
    Emily F. Evitt
    Attorneys for Defendants