1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## SAN DIEGO DIVISION

| | |
|---|---|
| JANE DOE NOS. 1 through 50, inclusive, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MG FREESITES, LTD., dba "PORNHUB," a foreign entity; MINDGEEK S.A.R.L. a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; 9219-1568 QUEBEC, INC., dba "MindGeek," a foreign entity; and MG BILLING US CORP., dba "Probiller.com," a Delaware corporation,<br><br>Defendants. | CASE NO. 3:20-CV-02440-WQH-KSC<br><br>Judicial Officer: William Q. Hayes<br>Courtroom: 14B<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

CASE NO. 3:20-CV-02440

**JOINT STIPULATION FOR DISMISSAL**

13571646.1

1   PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Jane Doe Nos. 1 through 50 and Defendants MG Freesites Ltd, MindGeek S.à r.l., MindGeek USA Incorporated, 9219-1568 Quebec Inc., and MG Billing US Corp., hereby stipulate and agree to the dismissal of all claims in this action, with prejudice.  Each side shall bear its own attorneys' fees and costs.

DATED: October 14, 2021                    RESPECTFULLY SUBMITTED,

                                           BRIAN M. HOLM
                                           HOLM LAW GROUP, PC

                                           By: _____
                                               Brian M. Holm
                                               Attorneys for Plaintiffs

DATED: October 12, 2021

                                           DAVID A. STEINBERG
                                           MARC E. MAYER
                                           EMILY F. EVITT
                                           MITCHELL SILBERBERG & KNUPP LLP

                                           By: _____
                                               David A. Steinberg
                                               Marc E. Mayer
                                               Emily F. Evitt
                                               Attorneys for Defendants

2                                                    CASE NO. 3:20-CV-02440
**JOINT STIPULATION FOR DISMISSAL**

13571646.1