UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE NOS. 1 through 50, inclusive, individuals,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MG FREESITES, LTD., dba "PORNHUB," a foreign entity; MINDGEEK S.A.R.L., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; 9219-1568 QUEBEC, INC., dba "MINDGEEK," a foreign entity; and MG BILLING US CORP., dba "PROBILLER.COM," a Delaware corporation,<br><br>　　　　　　　　　　　Defendants. | Case No.:  20-cv-2440-WQH-KSC<br><br>**ORDER** |

HAYES, Judge:

　　Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (ECF No. 44), and good cause appearing,

　　IT IS HEREBY ORDERED that this action is dismissed with prejudice. Each party is to bear their own attorneys' fees and costs. The Clerk of the Court shall close the case.

Dated:  October 26, 2021

　　　　　　　　　　　　　　　　　　　　　　　_William Q. Hayes_
　　　　　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　　　　　United States District Court